PROB 12C
(7/93)

Report Date: April 11, 2012

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 18 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Phillip Smith                    Case Number: 2:02CR02168-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 7/2/2003

Original Offense:    Crime on an Indian Reservation, Aggravated Sexual abuse,
                     18 U.S.C. §§ 1153 & 2241(a) and 2241(c)

Original Sentence:   Prison - 121 Months                Type of Supervision: Supervised Release
                     TSR - 60 Months

Asst. U.S. Attorney: TBD                               Date Supervision Commenced: 8/12/2011

Defense Attorney:    Alex B. Hernandez, III            Date Supervision Expires: 8/11/2016

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1                         **Special Condition # 20**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

                          **Supporting Evidence**: Mr. Smith has failed to obtain a drug and alcohol evaluation as directed as of April 11, 2012.

                          Mr. Smith has a special condition ordering him to obtain a drug and alcohol evaluation. Upon his release from prison, Mr. Smith was directed to obtain a drug and alcohol evaluation and was referred to the Yakama Indian Nation drug and alcoholism program.

                          In the past several months, Mr. Smith has either missed or rescheduled appointments that were established to complete the evaluation. On April 9, 2012, the U.S. Probation Office received a letter from the Confederated Tribes and Bands of the Yakama Nation indicating Mr. Smith had an evaluation on March 13, 2012. Per the letter, he was asked to submit a

Prob12C
Re: Smith, Phillip
April 11, 2012
Page 2

criminal history and schedule a result appointment within a week, once he had the information to complete his evaluation. On March 20, 2012, a letter was mailed to his residence in hopes to keep him engaged with this program. In the letter, he was asked to contact the office no later than April 4, 2012. There was no response from Mr. Smith, therefore giving an indication he was no longer interested in the evaluation. The letter indicated that his current evaluation will be voided and will need to complete another alcohol and drug evaluation.

The Court should note that on August 16, 2011, conditions were reviewed with Mr. Smith and he was directed to obtain a drug and alcohol evaluation. As of April 11, 2012, Mr. Smith has failed to obtain this evaluation as directed.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  04/11/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*
Signature of Judicial Officer

April 18, 2012
Date