PROB 12C
(7/93)

Report Date: April 29, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2016

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Phillip Smith | Case Number: 0980 2:02CR02168-EFS-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: July 2, 2003 | |
| Original Offense: | Crime on an Indian Reservation, Aggravated Sexual abuse, 18 U.S.C. § 1153 & 2241(a) and 2241© |
| Original Sentence: | Prison 121 months; TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | TBD |
| | Date Supervision Commenced: August 14, 2014 |
| Defense Attorney: | Alex B. Hernandez, III |
| | Date Supervision Expires: June 18, 2017 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Smith was charged with first degree rape of a child, Yakima County Superior Court docket number 16-1-00805-0, on April 28, 2016. |
| | According the Yakima County Sheriff's Office  narrative report, Mr. Smith is alleged to have raped a child multiple times during the past 2 years.  The child was 10 years old at the time and the sexual abuse continued until she was 12 years old.  The report notes the child was anally raped and forced to perform oral sex numerous times.  It is also alleged that Mr. Smith took pictures while he was raping the child.  The police report also notes that Mr. Smith physically and verbally abused the victim's brothers as well. Mr. Smith also made physical threats if they were to report these incidents to their mother.  The police report will be made available for the Court's review at the time of the revocation hearing. |
| | According to the Yakima County Superior Court docket, Mr. Smith is scheduled for an arraignment on May 12, 2016.  His bail is set at $100,000. |

Prob12C
**Re: Smith, Phillip**
**April 29, 2016**
**Page 2**

2     <u>**Standard Condition # 2**</u>: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

        **Supporting Evidence**: Mr. Smith failed to submit his monthly report form within the first 5 days of the month of April 2016.

        Mr. Smith had been instructed to report to the U.S. Probation Office within the first 5 days of each month and submit his monthly report form. On April 11, 2016, a late report notice along with a monthly report form was sent via U.S. mail to Mr. Smith reminding him of his reporting requirement. On April 26, 2016, this officer spoke with Mr. Smith's ex-girlfriend and left him a message directing him to report to the probation office the following day. Mr. Smith submitted his monthly report 3 weeks late, on April 27, 2016.

3     **Special Condition # 17**: You shall live at an approved residence, and shall not change your living situation without advance approval of the supervising probation officer.

        **Supporting Evidence**: Mr. Smith failed to obtain prior approval from his probation officer prior to changing his residence as of April 27, 2016.

        According to Mr. Smith's monthly report form dated April 27, 2016, he moved from his residence on March 24, 2016. Mr. Smith did not obtain advance approval from his probation officer prior to changing his residence.

4     **Special Condition # 19**: You shall register as a sex offender, according to the laws of the state in which you reside, are employed, or are attending school. You shall provide verification of compliance with this requirement to the supervising probation officer.

        **Supporting Evidence**: Mr. Smith failed to register as a sex offender with the State of Washington within 3 business days as required by RCW 9A.44.130, upon changing his residence on or about March 24, 2016.

        Mr. Smith reported he changed his residence on March 24, 2016. However, according to the Yakima County Sheriffs Office, Mr. Smith registered a change of residence on April 13, 2016. Mr. Smith is required to register as a sex offender with the State of Washington within 3 business days of changing his residence. However, Mr. Smith failed to register a change in residence within 3 business days as required.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 29, 2016

        s/Jose Zepeda

        Jose Zepeda
        U.S. Probation Officer

Prob12C
**Re: Smith, Phillip**
**April 29, 2016**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

May 2, 2016
Date